# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 22, 2020

## NO. 03-18-00517-CV

**Z Bar A Ranch, LP, Appellant**

**v.**

**Tax Appraisal District of Bell County, Appellee**

### APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### VACATED AND DISMISSED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on May 9, 2018. Having reviewed the record, this Court holds that the district court lacked subject matter jurisdiction. Therefore, the Court vacates the district court's take nothing judgment and dismisses Z Bar A Ranch, LP's claim for lack of subject matter jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.